UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RUBEN FLORES,

    Petitioner

v.

WARDEN, USP ALLENWOOD,

    Respondent

: 
: 
: 
: 
: CIVIL NO. 3:CV-13-3012
: 
: (Judge Kosik)
: 
: 
:

FILED
SCRANTON

DEC 1 9 2013

PER _____
DEPUTY CLERK

### ORDER

**NOW, THIS** 18th **DAY OF DECEMBER, 2013,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **dismissed** for lack of jurisdiction.

2. The Clerk of Court is directed to **close this case**.

EDWIN M. KOSIK
United States District Judge